|  | REPORT ON THE |
|---|---|
| ~~R~~egister of Copyrights<br>~~Co~~pyright Office<br>~~Li~~brary of Congress<br>~~W~~ashington, D.C. 20559 | FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>14-4189 | DATE FILED<br>7/10/2014 | USDC<br>601 Market Street, RM 2609<br>Philadelphia, PA 19106 |
| PLAINTIFF<br>Malibu Media, LLC<br>409 W. Olympic Blvd.<br>Suite 501<br>Los Angeles, CA 90015 | | DEFENDANT<br>John Doe subscriber assigned IP address<br>50.152.85.154<br>Bryn Mawr, PA |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | " See attachments" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court        5) Case File Copy

## File Hashes for IP Address 50.152.85.154

**ISP:** Comcast Cable
**Physical Location:** Reading, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/01/2014 02:46:23 | 295B0CFB8AC1390C87A99443D7B1CFE852D7824A | Just Jennifer |
| 06/25/2014 21:09:34 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 06/22/2014 14:17:14 | F94AA0F525780F3929F38CD2E9B7760CBACE4862 | They Seem so Sweet |
| 06/09/2014 18:06:07 | 03B0E4A73E9CE08625447251FE515C3D38447564 | Alone Is A Dream Left Behind |
| 06/08/2014 18:51:03 | 61A9FAF7574D48FCB656BD866BE4BFBB4A498CF9 | Dancing Romance |
| 06/08/2014 18:15:53 | 3297A403E354BD1880CCAF1AF4C9B1C9216789E2 | Hot Orgasm |
| 06/03/2014 00:12:37 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |
| 06/02/2014 14:41:14 | A632A578F7401E1A9A7AE25DC66DC266C23FBFEE | Blindfold Me Baby |
| 06/01/2014 19:42:33 | 647C36CAC525B56AA5E0A765A2452D82DE691777 | Almost Famous |
| 05/19/2014 15:08:17 | 2E0D4EC8052DAA181237CD079C030CC488091DCB | Hot Brunettes |
| 05/19/2014 14:45:47 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 05/16/2014 15:14:25 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 04/16/2014 19:17:10 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 03/06/2014 15:32:05 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 03/04/2014 20:43:32 | 301A8379E3509C7B3593910E5646524F73521AB8 | Date Night at Home |

**Total Statutory Claims Against Defendant: 15**

## Copyrights-In-Suit for IP Address 50.152.85.154

**ISP:** Comcast Cable
**Location:** Reading, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 06/01/2014 |
| Alone Is A Dream Left Behind | PA0001860984 | 08/24/2013 | 09/10/2013 | 06/09/2014 |
| Blindfold Me Baby | PENDING | 05/30/2014 | 06/05/2014 | 06/02/2014 |
| Dancing Romance | PENDING | 06/07/2014 | 06/09/2014 | 06/08/2014 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 03/04/2014 |
| Erotic Stretching and Sex | PA0001862293 | 09/08/2013 | 09/08/2013 | 03/06/2014 |
| From Three to Four Part 2 | PENDING | 06/01/2014 | 06/05/2014 | 06/03/2014 |
| Group Sex | PA0001892182 | 04/19/2014 | 04/29/2014 | 06/25/2014 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 05/19/2014 |
| Hot Orgasm | PENDING | 06/03/2014 | 06/09/2014 | 06/08/2014 |
| Just Jennifer | PENDING | 06/09/2014 | 06/09/2014 | 07/01/2014 |
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 05/19/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/16/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 04/16/2014 |
| They Seem so Sweet | PENDING | 06/15/2014 | 06/19/2014 | 06/22/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EXHIBIT B

EPA406